

CHIEF JUSTICE
JAMES T. WORTHEN

**TWELFTH COURT OF APPEALS**

JUSTICES
SAM GRIFFITH
BRIAN HOYLE

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/31/2014 10:32:19 AM
CATHY S. LUSK
Clerk

2014 DEC 31 AM 10:18
BY
UPSHUR COUNTY, TX.
DEPUTY
FILED
COUNTY CLERK

December 30, 2014

Ms. ~~Brandy Lee~~ Barbara Winchester
Upshur County Clerk
P. O. Box 730
Gilmer, TX 75644-0730
\* DELIVERED VIA E-MAIL \*

**RE:**  Case Number:            12-14-00237-CV
        Trial Court Case Number:  14-CV-9287

**Style:**  Texas Department of Public Safety
          v.
          Milton Wylie

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
    Katrina McClenny, Chief Deputy Clerk

C Ms. Valerina Walters (DELIVERED VIA E-MAIL)
C Mr. David B. Griffith (DELIVERED VIA E-MAIL)
:

Mandate executed on __31st__ day of __December__, 2014.

Brief explanation of action taken: __Filed in case file__

_Barbara Winchester_                    ~~District~~/County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties*
www.12thcoa.courts.state.tx.us